UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 26-CR-149 (JWB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PETTIT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MEET AND CONFER STATEMENT** |

Daniel Pettit, through counsel, respectfully offers the following meet and confer statement in this case.

**MOTIONS**

Counsel has filed the following motions:

1. Motion to Suppress Statement
2. Motion to Suppress Search

Counsel anticipates that motions to suppress require testimony.

**MEET AND CONFER**

On October 8, 2026, undersigned and AUSA Green conferred by phone pursuant to and in accordance with L.R. 12. 1 and this Court's Order to clarify and narrow the issues in dispute.

Dated: October 14, 2026.

Respectfully submitted,

***s/ Aaron J. Morrison***

______________________________

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Mr. Pettit
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
aaron_morrison@fd.org