UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL CHRISTIAN PETTIT,

Defendant.

Case No. 26-CR-149 (MJD/LIB)

**DANIEL PETTIT'S NOTICE OF DEFENSE**

Daniel Pettit, by his attorney, Aaron J. Morrison, pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedure, gives notice, that he intends to assert a defense of diminished capacity.

Dated: October 14, 2026.

Respectfully submitted,

*s/Aaron J. Morrison*
AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Mr. Pettit
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
aaron_morrison@fd.org