UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DANIEL CHRISTIAN PETTIT,<br><br>Defendant. | Case No. 26-CR-149 (MJD/LIB)<br><br>**DANIEL PETTIT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

Daniel Pettit, through counsel, moves this Court for an order allowing him to stay overnight in the metro area when meeting with legal counsel. Additionally, Mr. Pettit asks the Court to allow him to travel to the metro area on November 16, 2026, to attend medical procedures on November 17, 2026, and return home on November 18, 2026. Additionally, Mr. Pettit asks the Court to allow for the removal of his GPS ankle monitor for his November 17, 2026, medical procedures.

On September 23, 2026, this Court set conditions of release for Mr. Pettit. (ECF 13). One condition is that Mr. Pettit's travel is restricted to within 100 miles of his residence except for meetings with legal counsel or other pre-trial office approved reasons. As the Court is aware the undersigned's office is in Minneapolis. Given the distance between Minneapolis and Mr. Pettit's residence Mr. Pettit and his Counsel asked Mr. Pettit's pre-trial officer if Mr. Pettit could stay overnight in the metro when he visits Counsel. Both Mr. Pettit and Counsel were informed by the pre-trial officer that he would see this as a violation of the conditions of release. The pre-trial officer also noted he does

not object to the Court allowing Mr. Pettit to stay overnight in the metro area when Mr. Pettit meets with Counsel.

Mr. Pettit respectfully asks this Court to modify his conditions of release to allow him to stay overnight in the metro area when he meets with Counsel.

Besides the travel restriction, Mr. Pettit is also required to participate in stand-alone monitoring. Mr. Pettit currently wears a GPS ankle monitor. Mr. Pettit is schedule for a medical procedure at the VA Hospital in Minneapolis on November 17, 2026. The medical procedure requires the removal of his GPS ankle monitor. Once again, Mr. Pettit and Counsel asked Mr. Pettit's pre-trial officer if his GPS ankle monitor could be removed for his medical procedure. His pre-trial officer indicated it could not be removed without an order from the Court.

Mr. Pettit respectfully asks this Court to modify his conditions of release to allow Mr. Pettit to travel to the metro area between November 16 and November 18, 2026, and at the direction of the pre-trial services to have his GPS ankle monitor removed for his medical procedure. The pre-trial officer does not object to this request. The Government does not object to this request.

Dated: October 20, 2026.

Respectfully submitted,

*s/Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Mr. Pettit
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
aaron_morrison@fd.org