NITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Daniel Christian Pettit,

Defendant.

Criminal No. 26-149 (MJD/LIB)

**ORDER MODIFYING CONDITIONS OF RELEASE**

On October 21, 2026, the Defendant filed a Motion to Modify Conditions of Release [Docket No. 20]. The Defendant asks the Court to allow him to travel to Minneapolis on November 16, 2026, to remain overnight in the Minneapolis area when meeting with his counsel, to have medical procedures on November 17, 2026, and to return home on November 18, 2026. The Defendant also asks the Court to allow the removal of his GPS ankle monitor for the medical procedure. Neither the Pretrial Services Officer nor the Government object to the request. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Modify Conditions of Release [Docket No. 20] is **GRANTED**;
2. The Defendant is allowed to remain overnight in the Minneapolis area when meeting with his counsel and to travel for medical procedures on November 16, 2026, through November 18, 2026;
3. The Defendant's GPS ankle monitor may be removed at the direction of Pretrial Services for his medical procedures; and

4. The Defendant's GPS ankle monitor shall be re-attached to the Defendant at a time and location as directed by Pretrial Services.

Dated: October 21, 2026

s/Leo I. Brisbois
Honorable Leo I. Brisbois
United States Magistrate Court Judge