UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-149 (MJD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| v. | ) | UNOPPOSED MOTION |
| | ) | FOR EXTENSION OF TIME |
| DANIEL CHRISTIAN PETTIT, | ) | TO FILE MOTION |
| | ) | RESPONSE |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and David Green, Assistant United States Attorney, hereby moves the Court for an order continuing the government's motion response deadline to Monday, November 9, 2026. The United States conferred with counsel for Mr. Pettit, Mr. Aaron Morrison, Esq., who stated that the defense does not object to the government's request to continue its motion response deadline.

Mr. Pettit currently has several pending pretrial motions, including a motion to suppress statements (ECF 15), a motion to suppress search and seizure (ECF 16), and a motion to dismiss count 2 (ECF 19). Based on the arraignment order (ECF 14), the government's response to these motions is presently due on October 28, 2026.

The government understands, based on correspondence between the parties, that the Court is contemplating continuing the motions hearing, which is presently set for November 5, 2026, to November 12, 2026. The purpose of the shift would be to accommodate several potential scheduling conflicts that the parties have with the November 5, 2026 hearing date.

The government respectfully moves to continue its motion response deadline for similar reasons. Specifically, over the past several weeks, government counsel has had to devote significant time to trial preparation in *United States v. Tyler Maxon Avalos*, 25-CR-435 (SRN/EMB), along with several ongoing investigations. Additionally, government counsel was unavailable due to military reserve duty for three days over the past week. Government counsel also expects to be in trial beginning on November 2, with trial currently scheduled to last through Thursday November 5.

Accordingly, the government respectfully asks that its motion response deadline be continued to Monday, November 9, 2026. As noted above, Mr. Pettit does not object to the request. Mr. Pettit is not in custody.

For the foregoing reasons, the United States respectfully requests that the Court continue the government's motion response deadline to July 22, 2026.

Dated: July 14, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ David Green*
BY: DAVID GREEN
Assistant United States Attorney
david.green3@usdoj.gov
612-664-5600
Attorney ID No. 397477