UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Daniel Christian Pettit,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 26-149 (MJJD/LIB)<br><br>**AMENDED ORDER** |

On October 27, 2026, the Government filed an Unopposed Motion for Extension of Time to File Response [Docket No. 22]. The Government requests that the motions hearing, currently scheduled for November 5, 2026, be continued to November 12, 2026, due to scheduling conflicts for both parties. In addition, the Government requests that its response to the Defendant's pending motions be continued to November 9, 2026. The Defendant has no objection to the motion. Pretrial motions have been filed in this matter, and thus the time is already being, and shall continue to be, excluded pursuant to the Speedy Trial Act. Based upon review of the files, for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The Government's Unopposed Motion for Extension of Time to File Response [Docket No. 22] is **GRANTED**;
2. The Government's response to the Defendant's pending motions must be filed by **November 9, 2026**;
3. The Motions Hearing, previously scheduled for November 5, 2026, at 1:30 p.m. is **CANCELLED**; and
4. The Motions hearing is **RESCHEDULED** for Thursday, November 12, 2026, at 1:30 p.m. before Magistrate Judge Leo I. Brisbois in Courtroom No. 3, Gerald W. Heaney Federal

5. Building and U.S. Courthouse and Customhouse, 515 West First St., Duluth, Minnesota.

DATED: October 28, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE