AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

REC'D U.S. MARSHAL MPLS
AUG 26 '26 PM4:06

[redacted]

United States of America
v.
Daniel Christian Pettit

Defendant

Case No. CR 26 -149 MJD/LIB

RECEIVED
NOV 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Daniel Christian Pettit,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment | Superseding Indictment | Information | Superseding Information | Complaint
Probation Violation Petition | Supervised Release Violation Petition | Violation Notice | Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Damaging an Aircraft 18:32(a)(1)
Count 2: Using and Discharging a Firearm During and in Relation to a Crime of Violence 18:924(c)(1)(A)(iii)

Date: 08/26/2026

U.S. DISTRICT COURT — DISTRICT OF MINNESOTA

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)*

ARRESTED ON 9/17/2026
ARRESTED BY FBI

Date: ________

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY________

*Arresting officer's signature*

*Printed name and title*

SCANNED
NOV 0 6 2026
U.S. DISTRICT COURT MPLS