UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-149 (MJD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CHRISTIAN PETTIT,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS AT PRETRIAL MOTIONS HEARING |

The United States of America, by and through its undersigned attorneys, in accord with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call witnesses at the motions hearing in the above-captioned matter currently scheduled for November 12, 2026.

| | |
|---|---|
| Number of Witnesses Intended to be Called: | 1 |
| Motion(s) to be Addressed: | Defendant's Motions to Suppress (ECF Nos. 15, 16) |
| Estimated Duration of Testimony: | 90 minutes |

Dated: November 9, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

By: */s/ David Green*
David Green
Assistant U.S. Attorney
Attorney ID No. 0397477