# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Daniel Christian Pettit (1),

Defendant.

## COURT MINUTES

BEFORE: Leo I. Brisbois
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-149 (MJD/LIB) |
| Date: | November 12, 2026 |
| Court Reporter: | Lori Morrow |
| Courthouse: | Duluth |
| Courtroom: | 3 |
| Time Commenced: | 1:35 p.m. |
| Time Concluded: | 4:25 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 2 hours & 50 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: David Green (Assistant U.S. Attorney)
For Defendant Daniel Christian Pettit (1): Aaron J Morrison, FPD

Non-Dispositive motions taken under advisement as of today: **N/A**
Dispositive motion taken under advisement as of **the day after the submission of the Gov't's suppl. brief**: **N/A**

☐ ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ Exhibits retained by the Court

Additional Information:

- Government's Exhibits 1–8 were admitted and retained by the Court.
- Defendant's Exhibits 1–3 were admitted and retained by the Court.
- Witness: Eric A. Hanegmon.
- The Motions Hearing was recessed at 4:25 p.m. The parties are scheduled to attend a joint status conference with the Honorable United States Magistrate Judge Leo I. Brisbois on Monday, November 16, at 4:00 p.m. pursuant to the directives and reasons stated from the bench.

s/Amanda Tyler
Signature of Law Clerk