**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Telephone: (612) 664-5600*
*Fax: (612) 664-5787*

November 16, 2026

The Honorable Leo I. Brisbois
Magistrate Judge, District of Minnesota
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397

Re: *United States v. Daniel Christian Pettit*, 26-cr-149 (MJD/LIB)

Dear Judge Brisbois:

Consistent with this Court's instructions, the parties hereby submit this letter update for the Court regarding their respective positions on the disclosure of tipster/witness identities in the instant matter.

Following the evidentiary hearing held in this matter, the government has worked to confirm the identities of tipsters and witnesses whose reports contributed to the probable cause analysis in the investigation. As a result, the government has confirmed that the defense has received the identities of (1) the tipster who reported the defendant shooting at them while the tipster cleaned trash from the roadway near the defendant's residence; (2) the caller who reported a 2024 incident involving the defendant pointing a laser (designed to be affixed to a firearm) at them when passing near the defendant's residence; and, (3) four witnesses who heard sounds consistent with possible gunfire coming from the area of the defendant's residence around the time of the charged conduct.

This leaves the identity of the dump truck driver who reported a concerning firearms encounter near Mr. Pettit's residence. Because this tipster requested to remain confidential due to safety concerns, the government has separately filed this afternoon a motion (ECF 32) setting out its position regarding why this tipster's identity should not be disclosed. The government respectfully asks the Court to consider the government's motion regarding the informant privilege before deciding whether the informant's identity must be produced. If after such consideration the identity must nonetheless be produced, the government respectfully requests the Court to issue an appropriate protective order to protect the informant's identity and

personally identifiable information. The government is prepared to submit a motion for a protective order and a proposed protective order.

When the government and defense counsel conferred as directed by the Court on the morning of November 16, 2026, government counsel learned that the defense is also seeking the identities of any person or persons who expressed general concerns for law enforcement safety related to Mr. Pettit. Before learning that the defense sought this information, the government focused its attention on confirming the identities of the three tipsters who reported specific prior incidents involving the defendant, or those witnesses who reported that they observed or heard suspected gunshots and other sounds on the day of the charged offense. The government is working expeditiously with law enforcement to confirm the identities of any person or persons who reported general safety concerns related to law enforcement interacting with Mr. Pettit and will update defense counsel (and the Court, if desired) promptly when further information is obtained.

Defense counsel wishes to state the defense position that it is seeking the identities of (1) the truck driver; (2) any person who mentioned concerns about booby traps; and (3) any person who expressed that Mr. Pettit had animosity or hatred towards law enforcement.[1]

Respectfully,

DANIEL N. ROSEN
United States Attorney

*s/David Green*
BY: DAVID GREEN
Assistant U.S. Attorney

---

[1] The government received these inputs from defense counsel via email but has been unable to confirm that defense counsel approved the exact wording of this paragraph before filing. The government of course has no objection if the defense wishes to file an updated letter correcting or amending any language reflecting the defense position that the government has attempted to capture in this paragraph.